**EXHIBIT 1**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. _____ and EEOC State or local Agency, if any | 11FEPA [X] EEOC | 433-2020-01995 |

(Indicate Mr.. Ms., Mrs.)
**Glenda Sanders**

HONE TELEPHONE (Include Area code)
(919) 406-4587

STREET ADDRESS CITY. STATE AND ZIP CODE DATE OF BIRTH 6010 Coronado Lane Durham, NC 27713

EMPLOYER. LABOR ORGANIZATION. EMPLOYMENT AGENCY. APPRENIICESHIP COMMITTEE. STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (Ef more than one list below).

| NAME Chapel Hill—Carrboro City Schools | NUMBER OF EMPLOYEES, MEMBERS > 1500 | TELEPHONE (Include Area code): (919) 967-8211 |
|---|---|---|
| STREET ADDRESS 750 S. Merritt Mill Road | CITY. STATE AND ZIP CODE Chapel Hill, NC 27516 | COUNTY Orange |
| | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area code) |
| STREET ADDRESS | CITY. STATE AND ZIP CODE | COUNTY |

DISCRIMINATION BASED ON (Check appropriate box (es))

| RACE | 11COLOR | 11RELIGION | 11 NATIONAL ORIGIN | DATE DISCRIMINATION TOOK PLACE EARLIEST  LATEST 1/27/2020 |
|---|---|---|---|---|
| RETALIATION | | DISABILITY | 11OTHER Pregnancy Act | CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed. al/ach extra sheet(s)

Please see attached charged affidavit.

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

declare under penalty of perjury that the foregoing is true and correct.

8/9/2020
Date — Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

[x/

SIGNATURE OF COMPLAINANT    DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this day of 9th march, 200 My commission expires: 3/10/2020

Notary Public

DOUGLAS A. BRE... NOTARY PUBLIC WAKE COUNTY

EOC Form 5 modified

433-2020-01995

## **GLENDA SANDERS CHARGE AFFIDAVIT**

My name is Glenda Sanders. My address is 6010 Coronado Lane, Durham, North Carolina 27713. My phone number is (919) 406-4587. My email address is glendasanders691@yahoo.com. I am represented by Charles E. Monteith, Jr. with the law firm of Monteith Law, PLLC. The address for Monteith Law, PLLC is 9121 Anson Way, Suite 200, Raleigh, North Carolina 27615. The phone number for Monteith Law, PLLC is (919) 987-1052. The facsimile number for Monteith Law, PLLC is (984) 777-5435 The email address for Monteith Law, PLLC is charles@monteithlawnc.com.

This charge is being filed against Chapel Hill – Carrboro City Schools (hereinafter "CHCCS"). The address for CHCCS is 705 S. Merritt Mill Road, Chapel Hill, North Carolina 27516. The phone number for the CHCCS is (919) 967-8211. Upon information and belief, CHCCS has more than 1,500 employees.

I began working for CHCCS in or around 2007. During the course of my employment with CHCCS, I began to experience migraine headaches. I have also been diagnosed with depression, anxiety disorder and experience panic attacks. On July 1, 2019, I was transferred to a professional learning specialist position and thereafter reported directly to Misti Williams, Senior Executive Directory of Leadership and Strategy. In early January 2020, my department was moved to a new facility. In that facility, I was assigned to work at a reception desk in an open area. A large number of employees walk through my work area on a daily basis. I found it difficult to concentrate due to the amount of noise in my work area. The noise and lighting in my work area aggravated my migraine headaches.

On January 27, 2020, I provided Ms. Williams and CHCCS's Human Resources Director with a letter from my physician, Dr. Richard Moore II. Said letter requested that CHCCS accommodate my disability by allowing me to have a barrier or partition around my work desk to serve as a buffer from the noise and distractions. Said letter also requested that I be allowed to dim the lights as necessary. Ms. Williams subsequently told me that I could turn off the lights as necessary. Neither Ms. Williams nor Human Resources responded to my request for a barrier or

partition around my desk. I am aware that a co-worker, Cindy Dillehay, has a glass partition on her desk. Providing me with a similar partition will not create an undue hardship for CHCCS.

On February 18, 2020, Ms. Williams issued me a mid-year performance evaluation that gave me low ratings in four out of seven categories. I believe that Ms. Williams gave me this negative evaluation in retaliation for me making an earlier request for reasonable accommodations. As of the date of this charge affidavit, I have not received a response from anyone at CHCCS regarding my request for a barrier or partition around my work desk. I can perform the essential functions of my job if I am granted such an accommodation.

CHCCS has failed to provide me with a reasonable accommodation in violation with the Americans with Disabilities Act (ADA) and the Americans with Disabilities Act Amendment Act (ADAA). I further believe that I have been retaliated against for requesting such accommodations.

I respectfully request the right to submit additional information to supplement this Affidavit at a later date. Please direct your inquiries regarding the same to my attorney, Charles E. Monteith, Jr. I welcome the opportunity to be interviewed regarding this charge and I will provide additional information as requested.

This the _____ day of March 2020,

_____
Glenda Sanders
Charging Party

Subscribed and sworn before me 9th day of March 2020.

_____
NOTARY PUBLIC (Douglas A Bretz)
MY COMMISSION EXPIRES 3/10/2020

[Notary Seal: DOUGLAS A. BRETZ, NOTARY PUBLIC, WAKE COUNTY, NC]